DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HL PRINCE 400 HOLDING, LLC,**
Appellant,

v.

**TIMOTHY JAMES MONROE, JR.,**
Appellee.

No. 4D2026-0446

[July 22, 2026]

Appeal of nonfinal order from the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink, Judge; L.T. Case No. 062025CA008055AXXXCE.

Stephen P. Smith of Marlow Adler Abrams & Rotunno, Coral Gables, for appellant.

Joshua M. Stahley of The Law Offices of Joshua M. Stahley, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

MAY, FORST and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***